IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 14-40100 |
|---|---|---|---|
|    John Porter | ) | | |
|       Debtors | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Eugene R. Wedoff |

### NOTICE OF MOTION

To:      John Porter, 6508 N Claremont Ave2E, Chicago, IL, 60645

    Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL, 60604

    Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

    SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **September 24, 2015 at 9:00am** I shall appear before the Honorable Judge **Eugene R. Wedoff** at 219 S. Dearborn St., Courtroom 613, Chicago IL 60604and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

By: ___/s/ Ashley Chike___
      Ashley Chike

### CERTIFICATE OF SERVICE

I, Ashley Chike, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 9/3/2015.

By: ___/s/Ashley Chike___
      Ashley Chike

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax): 877.247.1960

Asset Acceptance LLC
Bankruptcy Department
PO Box 2036
Warren MI 48090

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Kevin W Mortell
Bankruptcy Department1821
Walden Office
Schaumburg IL 60173

CACV of Colorado
Bankruptcy Department
8 Bourbon St.
Peabody MA 01960

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Shindler Law Firm
Bankruptcy Dept.
1990 E. Algonquin Rd Suite 180
Schaumburg IL 60173

Cavalry Portfolio Services
Bankruptcy Department
PO Box 27288
Tempe AZ 85285

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Shindler Law Firm
Bankruptcy Dept.
1990 E. Algonquin Rd Suite 180
Schaumburg IL 60173

City of Chicago Bureau Parking
Department of Revenue
PO Box 88292
Chicago IL 60680

Kass Management

2000 N Racine
#3600
Chicago IL 60614

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Peter Johnson
Bankruptcy Department4 E Huron
St
Chicago IL 60611

LVNV Funding
Bankruptcy Department
PO Box 10497
Greenville SC 29603

First National Coll. Bureau
Bankruptcy Dept.
610 Waltham Way
Sparks NV 89434

Pro Invest Realty

1725 E 79th St
Chicago IL 60649

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Sallie Mae
Bankruptcy Department
1002 Arthur Dr.
Lynn Haven FL 32444

US Department of Education
Bankruptcy Dept.
PO Box 65128
Saint Paul MN 55165

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 14-40100 |
| John Porter | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Eugene R. Wedoff |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. John Porter (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 11/04/2014.

3. The Debtor's plan was confirmed by the Court on 3/19/2015.

4. The Debtor was unable to pay his Trustee while covering his non-filing spouse's substantial tuition costs. This expense was necessary in order for his non-filing spouse to keep her job.

5. The Debtor's expenses are now stable and he can resume payments to his Trustee.

6. The Debtor cannot cure the current default at this time and still stay current on household expenses so he seeks to defer current plan arrears.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer current plan arrears. The Debtor's plan will not run more than the allotted 60 months.

WHEREFORE THE DEBTOR, Mr. John Porter, respectfully requests this Honorable Court enter an order:

1. Deferring current plan arrears,

2. Any other relief the court deems proper.

          **By:** ___/s/ Ashley Chike___
          Ashley Chike

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960